PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                  v.<br><br>EDGAR ENRIQUE GARCIA LOPEZ,<br><br>                          Defendant. | CASE NO.  2:23-CR-00228-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 16, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 16, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until January 25, 2024, at 9:00 a.m., and to exclude time between November 16, 2023, and January 25, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 600 documents as well as photographs, audio, and video files, totaling approximately 10.7 gigabytes.  All of this discovery has been either produced directly to counsel and/or made

1    available for inspection and copying.

2       b)  Counsel for defendant desires additional time to review the current charges, to

3    conduct investigation and research related to the charges, to review discovery for this matter, and

4    to otherwise prepare for trial.

5       c)  Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny him the reasonable time necessary for effective preparation, taking into

7    account the exercise of due diligence.

8       d)  The government does not object to the continuance.

9       e)  Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12      f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of November 16, 2023 to January 25,

14   2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15   T4] because it results from a continuance granted by the Court at defendant's request on the basis

16   of the Court's finding that the ends of justice served by taking such action outweigh the best

17   interest of the public and the defendant in a speedy trial.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

///

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  November 13, 2023

                                    PHILLIP A. TALBERT
                                    United States Attorney


                                    /s/ ALSTYN BENNETT
                                    ALSTYN BENNETT
                                    Assistant United States Attorney


Dated:  November 13, 2023

                                    /s/ HOOTAN BAIGMOHAMMADI

                                    HOOTAN BAIGMOHAMMADI
                                    Counsel for Defendant
                                    EDGAR ENRIQUE GARCIA LOPEZ


## ORDER

IT IS SO FOUND AND ORDERED this 14th day of November, 2023.


                                    /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE