HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700 / Fax: 916-498-5710

Attorney for Defendant
Mr. Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23CR228-DJC |
| Plaintiff, | STIPULATION AND ORDER RE: BRIEFING SCHEDULE |
| v. | |
| EDGAR ENRIQUE GARCIA-LOPEZ, | Judge: Hon. Daniel J. Calabretta |
| Defendant. | Date:<br>Time: |

## STIPULATION

The parties stipulate as follows:

1. The Magistrate Court held a Bail Review Hearing on Mr. Garcia's motion on December 29, 2023. ECF no. 33. The Court denied the motion. *Id.*

2. Mr. Garcia promptly ordered a transcript of the hearing in anticipation of filing a motion to revoke / appeal the Magistrate Court's order. He received the transcript late Friday, January 5, 2024.

3. A motion to revoke / appeal must normally be filed within two weeks of the adverse order.

4. Mr. Garcia and the government agree to a modified briefing scheduled as follows due to the time it took to produce the hearing transcript.

    a. Motion to Revoke / Appeal due no later than January 29, 2024.

    b. Government's Opposition due no later than February 9, 2024.

  c. Motion Hearing to occur a week after the government's opposition is filed, or as soon thereafter as the Court is available.

| | |
|---|---|
| Dated: January 12, 2024 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Public Defender |
| | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorney for Mr. Martin |
| Date: January 12, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | */s/ Alstyn Bennett*<br>ALSTYN BENNETT<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: January 16, 2024                    /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE