HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23CR228-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | Date: October 10, 2024 |
| EDGAR ENRIQUE GARCIA-LOPEZ, | Time: 9:00 a.m. |
| | Judge: Daniel J. Calabretta |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Edgar Enrique Garcia-Lopez, that the previously scheduled Judgment and Sentencing set for October 10, 2024 be continued to November 21, 2024 at 9:00 a.m.

The parties specifically stipulate as follows:

1. The Court indicated in the last minute order that absent good cause, with compelling circumstances shown, it expected the partied to be prepared to proceed with judgment and sentencing. ECF no. 54.

2. The parties have not been provided with a draft nor final PSR. Probation reports that a draft PSR is expected to be completed by the end of the week.

3. Mr. Garcia intends to promptly file a motion to compel discovery relevant to sentencing. On August 25, 2024, he sent the government three discovery requests seeking *Brady* material relevant to a potential downward departure for sentencing manipulation. On September 18, 2024, he sent a follow-up email to the government seeking a response to his August 25 discovery requests. The government responded on September 25, 2024 that it did not have responsive material to his first request and that his second and third requests were overbroad and precluded by Rule 16. Mr. Garcia expects to file a motion to compel discovery next week pertaining to the second and third requests that were declined by the government. The outcome of the motion to compel and whether Mr. Garcia can ultimately establish sentencing manipulation can have a significant impact on his Guidelines range. Mr. Garcia is facing a 10-year mandatory minimum sentence, and the anticipated range is likely far greater than ten years.

4. Mr. Garcia intends to subpoena the case agent and request an evidentiary hearing as it pertains to the issue of sentencing manipulation.

5. For all the above reasons, Mr. Garcia believes that good cause and compelling circumstances exist to continue the Judgment and Sentencing.

6. The government does not object to Mr. Garcia's continuance request.

7. For the forgoing reasons, the parties jointly request that the Judgment and Sentencing Schedule be modified as follows:

| | |
|---|---|
| **Draft PSR** | October 10, 2024 |
| **Informal Objections** | October 24, 2024 |
| **Final PSR** | October 31, 2024 |
| **Formal Objections** | November 7, 2024 |
| **Response to Formal Objections/Sentencing Memorandum** | November 14, 2024 |
| **Judgment and Sentencing** | November 21, 2024 |

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 4, 2024 | /s/ Hootan Baigmohammadi<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Garcia |
| Date: October 4, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Alstyn Bennett<br>ALSTYN BENNETT<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The parties shall appear at a Status Conference re Sentencing on 10/10/2024 at 9:00 AM in Courtroom 10 before District Judge Daniel J. Calabretta.

IT IS SO ORDERED.

Dated:  October 7, 2024                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE