HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23CR228-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | Date: March 6, 2025 |
| EDGAR ENRIQUE GARCIA-LOPEZ, | Time: 9:00 a.m. |
| | Judge: Hon. Daniel J. Calabretta |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Edgar Enrique Garcia-Lopez, that the previously scheduled Judgment and Sentencing set for March 6, 2025 be continued to April 10, 2025 at 9:00 a.m.

The parties specifically stipulate as follows:

1. On January 21, 2025, the Court continued Judgment and Sentencing at Mr. Garcia's request so that the government could extract data from his seized cellular phone (the phone was in the government's possession at the time, but no extraction had been completed) and allow him to review it for sentencing

mitigation purposes. Some of the data on the phone may be relevant to formal PSR objections.

2. The government did not complete the phone extraction prior to formal objections being due on February 20, 2025. They expect the extraction to be completed some time next week.

3. Good cause and compelling circumstances exist to continue the Judgment and Sentencing so that Mr. Garcia can have an opportunity to review the extraction prior to timely filing formal PSR objections.

4. The government does not object to Mr. Garcia's continuance request.

5. For the forgoing reasons, the parties jointly request that the Judgment and Sentencing Schedule be modified as follows.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | completed |
| **Final PSR** | completed |
| **Formal Objections** | March 27, 2025 |
| **Response to Formal Objections/Sentencing Memorandum** | April 3, 2025 |
| **Judgment and Sentencing** | April 10, 2025, at 9:00 AM |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 21, 2025

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Garcia

| | |
|---|---|
| Date: February 21, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>*/s/ Alstyn Bennett*<br>ALSTYN BENNETT<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  February 24, 2025                    /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE