1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Garcia
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) Case No.  2:23-CR-228-DJC
                                  )
12             Plaintiff,         ) **STIPULATION AND ORDER TO CONTINUE**
                                  ) **JUDGMENT AND SENTENCING**
13       vs.                      )
                                  ) Date: July 17, 2025
14 EDGAR ENRIQUE GARCIA-          ) Time: 9:00 a.m.
   LOPEZ,                         ) Judge: Hon. Daniel J. Calabretta
15                                )
             Defendant.           )

16       IT IS HEREBY STIPULATED and agreed by and between Acting United States

17 Attorney Michele Beckwith, through Assistant United States Attorney Jason Hitt, counsel for

18 Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19 Baigmohammadi, counsel for Defendant Edgar Enrique Garcia-Lopez, that the previously

20 scheduled Judgment and Sentencing set for July 17, 2025 be continued to September 11, 2025 at

21 9:00 a.m.

22       The parties specifically stipulate as follows:

23       1.    On January 21, 2025, the Court continued Judgment and Sentencing at Mr.

24             Garcia's request so that the government could extract data from his seized cellular

25             phone (the phone was in the government's possession at the time, but no

26             extraction had been completed) and allow him to review it for sentencing

27             mitigation purposes. The government also agreed to produce ping data they

28

      obtained pursuant to a search warrant. Mr. Garcia believes that the phone extraction and ping data may be relevant to formal PSR objections.

2. The government previously performed two failed cellular phone extractions.

3. On June 24, 2025, the government discovered a successful cellular phone extraction. It is a very large cellebrite file. The government is also working on providing the ping data requested.

4. For the forgoing reasons, Mr. Garcia requires additional time to review the phone extraction and ping data prior to timely filing formal PSR objections. Good cause and compelling circumstances exist to continue the Judgment and Sentencing.

5. The government does not object to Mr. Garcia's continuance request.

6. The parties jointly request that the Judgment and Sentencing Schedule be modified as follows.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | completed |
| **Final PSR** | completed |
| **Formal Objections** | August 28, 2025 |
| **Response to Formal Objections/Sentencing Memorandum** | September 4, 2025 |
| **Judgment and Sentencing** | September 11, 2025, at 9:00 AM |

      Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 11, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Garcia

Date: July 11, 2025								MICHELE BECKWITH
										Acting United States Attorney

										*/s/ Jason Hitt*
										JASON HITT
										Assistant United States Attorney
										Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  July 14, 2025            /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE